JS-6

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11  G and G Closed Circuit Events, LLC,  )  CASE NO.: CV19-7897 WDK (JCx)
                                         )
12          Plaintiff                    )  ORDER DISMISSING ACTION
                                         )  PURSUANT TO NOTICE OF
13          vs.                          )  SETTLEMENT
                                         )
14  Arax Bogosian, et al.,               )
                                         )
15          Defendants.                  )
                                         )
16  _____  )
17          The Court having been advised by Magistrate Judge Jacqueline Chooljian

18  that the above-entitled action has been settled;

19          IT IS THEREFORE ORDERED that this action is dismissed without

20  prejudice.

21
22          IT IS SO ORDERED.
23
24  Dated:  January 8, 2020
                                         WILLIAM D. KELLER
25                                       UNITED STATES DISTRICT JUDGE
26
27
28